FILED

2018 May-11  PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | | |
|---|---|---|
| **WHITESELL CORPORATION,** | ) | |
| | ) | |
| **Plaintiff**, | ) | |
| | ) | |
| **v.** | ) | **Case No. _____** |
| | ) | |
| **SODECIA AUTOMOTIVE AUBURN** | ) | |
| **LP; SODECIA AUTOMOTIVE** | ) | |
| **DETROIT LP[1]; and SODECIA** | ) | |
| **AUTOMOTIVE NORTH AMERICA,** | ) | |
| **INC.,** | ) | |
| | ) | |
| **Defendant**. | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Sodecia Automotive Detroit Corp. files this notice of removal of this civil action from the Circuit Court of Colbert County, Alabama, case number 20-CV-2018-000006.00, to the United States District Court for the Northern District of Alabama, Northwestern Division.

---

[1] Plaintiff Whitesell incorrectly referred to Sodecia Automotive Detroit Corp. as Sodecia Automotive Detroit LP in the style of the First Amended and Restated Complaint.  Whitesell correctly referred to Sodecia Automotive Detroit Corp. as Sodecia Automotive Detroit Corp. in the remainder of the First Amended and Restated Complaint.

**BASIS FOR REMOVAL**

1.      This Court has jurisdiction over this case under 28 U.S.C. § 1332 because the parties are completely diverse and the amount in controversy, exclusive of interest and costs, exceeds $75,000.

**I.    Timeliness and Consent of Defendants to Removal**

2.      "When a civil action is removed solely under section 1441(a), all defendants who have been properly joined and served must join in or consent to the removal of the action."  28 U.S.C. §1446(b)(2)(A).  "Each defendant shall have 30 days after receipt by or service on that defendant of the initial pleading or summons described in paragraph (1) to file the notice of removal."  28 U.S.C. §1446(b)(2)(B). "If defendants are served at different times, and a later-served defendant files a notice of removal, any earlier-served defendant may consent to the removal even though that earlier-served defendant did not previously initiate or consent to removal." 28 U.S.C. §1446(b)(2)(C).

3.      Plaintiff Whitesell filed its Complaint in Colbert County, Alabama on March 23, 2018.  The **only** defendant named in the original Complaint was Sodecia Automotive Auburn LP.  Sodecia Automotive Auburn LP was served with the original Complaint on March 26, 2018.

4.     Prior to any response being due, Plaintiff Whitesell filed its First Amended and Restated Complaint in Colbert County, Alabama on April 10, 2018 in the Circuit Court of Colbert County, Alabama.

5.     The First Amended and Restated Complaint added two additional defendants—Sodecia Automotive Detroit Corp. and Sodecia Automotive North America, Inc.  The First Amended and Restated Complaint also added additional counts and allegations.

6.     Defendant Sodecia Automotive Detroit Corp. was served with the First Amended and Restated Complaint on April 16, 2018.  This Notice of Removal is timely because it was filed within 30 days of April 16, 2018.

7.     Defendant Sodecia Automotive North America, Inc. was served with the First Amended and Restated Complaint on April 24, 2018.

## II.   Venue

8.     Colbert County, Alabama, where this case was originally filed, is within the Northern District of Alabama, Northwestern Division. Therefore, venue for removal is proper.

## III.   Diversity of Citizenship

9.     The parties in this case are completely diverse because every defendant has a different state of citizenship than the Plaintiff, Whitesell Corporation, which is a citizen of the State of Alabama.

3

10.    "[A] corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and the State or foreign state where it has its principal place of business…."  28 U.S.C. §1332(c)(1).

11.    "But Congress never expanded this grant of citizenship to include artificial entities other than corporations, such as … limited partnerships.  For these unincorporated entities, we too have 'adhered to our oft-repeated rule that diversity jurisdiction in a suit by or against the entity depends on the citizenship of 'all its members.'" *Americold Realty Trust v. Conagra Foods, Inc.*, 136 S. Ct. 1012, 1015 (2016). "[F]or purposes of diversity of citizenship, a limited partnership is a citizen of each state in which any of its partners, limited or general, are citizens." *Rolling Greens MHP, L.P. v. Comcast Holdings L.L.C.*, 374 F.3d 1020, 1021 (11th Cir. 2004).  The U.S. Supreme Court has further declined to "apply the same rule to an unincorporated entity that applies to a corporation—namely, to consider it a citizen only of its State of establishment and its principal place of business." *Americold*, at 2017.

12.    Defendant Sodecia Automotive Detroit Corp. is a corporation organized and existing under the laws of the State of Delaware. Its principal place of business is in Troy, Michigan. *See* Exhibit 1.

13.    At all relevant times—the filing of the initial complaint, the filing of the amended complaint, and the time of removal—Sodecia Automotive Detroit

4

Corp.'s corporate offices and headquarters were and continue to be located in Michigan.

14.     Thus, for purposes of diversity jurisdiction, Sodecia Automotive Detroit Corp. is a citizen of both Delaware and Michigan.

15.     Defendant Sodecia Automotive North America, Inc. is a corporation organized and existing under the laws of the State of Delaware.  Its principal place of business is in Troy, Michigan. *See* Exhibit 2.

16.     At all relevant times—the filing of the initial complaint, the filing of the amended complaint, and the time of removal—Sodecia Automotive North America, Inc.'s corporate offices and headquarters were and continue to be located in Michigan.

17.     Thus, for purposes of diversity jurisdiction, Sodecia Automotive North America, Inc. is a citizen of both Delaware and Michigan.

18.     Defendant Sodecia Automotive Auburn LP is a limited partnership. The only general partner of Sodecia Automotive Auburn LP is Sodecia Management USA, Inc. *See* Exhibit 3. The only limited partner of Sodecia Automotive Auburn LP is Sodecia Automotive North America, Inc.

19.     Sodecia Management USA, Inc. is a corporation organized and existing under the laws of the State of Georgia.  Its principal place of business is in Troy, Michigan. *See* Exhibit 4.

20.    At all relevant times—the filing of the initial complaint, the filing of the amended complaint, and the time of removal—Sodecia Management USA, Inc.'s corporate offices and headquarters were and continue to be located in Michigan.

21.    Thus, for purposes of diversity jurisdiction, Sodecia Management USA, Inc. is a citizen of both Georgia and Michigan.

22.    Because the general partner of Sodecia Automotive Auburn LP is a citizen of Georgia and Michigan and the limited partner of Sodecia Automotive Auburn LP is a citizen of Delaware and Michigan, Sodecia Automotive Auburn LP is a citizen of Georgia, Delaware, and Michigan. Sodecia Automotive Auburn LP is *not* a citizen of the State of Alabama.

23.    Plaintiff Whitesell Corporation is a corporation formed under the laws of the State of Alabama with its principal place of business in Muscle Shoals, Alabama.  *See* First Amended and Restated Complaint ¶1. Thus, Whitesell Corporation is a citizen of the State of Alabama for purposes of diversity jurisdiction.

24.    Therefore, the parties in this action are completely diverse.

## IV.    Amount in Controversy

25.    Whitesell Corporation seeks damages for breach of contract on alleged open invoices and past due balances totaling $214,167.90.  *See* First Amended and Restated Complaint ¶22.

26.     Whitesell Corporation further seeks to enforce contractual obligations requiring the Defendants to purchase accumulated inventory valued at over $800,000. *See* First Amended and Restated Complaint ¶23.

27.     Thus, the amount in controversy exceeds $75,000.

## V.   Procedural Requirements

28.     Notice will be promptly served on every party to this action and filed with the Circuit Court of Colbert County, Alabama.

29.     A copy of all process, pleadings, and orders served upon Defendant in this case has been filed together with this Notice of Removal.  *See* Exhibit 5.

This the 11th day of May, 2018.

   *s/ Brett A. Ialacci*

Brannon J. Buck (ASB-5848-K56B)
bbuck@badhambuck.com
Brett A. Ialacci (ASB-7679-E67I)
bialacci@badhambuck.com
*Attorneys for Sodecia Automotive Detroit Corp.*

OF COUNSEL:
BADHAM & BUCK, LLC
2001 Park Place North, Ste. 500
Birmingham, Alabama 35203
Phone: (205) 521-0036
Fax: (205) 521-0037

   *s/ Larry B. Moore*

Larry B. Moore
lbmoore@mblattorneys.com
Ian M. Berry
imberry@mblattorneys.com
*Attorneys for Sodecia Automotive Detroit Corp.*

OF COUNSEL:
MOORE, BERRY & LINVILLE
211 North Court Street
Florence, Alabama 35630
Phone (256) 718-0120
Fax: (256) 718-0251

## <u>CERTIFICATE OF SERVICE</u>

   I hereby certify that a copy of this has been served upon the following via the CM/ECF Electronic Filing and/or e-mail, on this the 11th day of May, 201.

David Block
dblock@maynardcooper.com
Will A. Smith
wsmith@maynardcooper.com
Michael W. Rich
mrich@maynardcooper.com
MAYNARD COOPER & GALE
1901 Sixth Avenue North, Ste. 2400
Birmingham, AL 35203
Telephone: (205) 254-1000

         *s/ Brett A. Ialacci*     
         OF COUNSEL