# Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| WHITESELL CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. _____ |
| | ) |
| SODECIA AUTOMOTIVE AUBURN LP; SODECIA AUTOMOTIVE DETROIT LP; and SODECIA AUTOMOTIVE NORTH AMERICA, INC., | ) |
| | ) |
| Defendant. | ) |

### DECLARATION OF ALEXANDRE VALE

I, Alexandre Vale, hereby declare as follows:

1. My name is Alexandre Vale. I am over the age of 18 years and have personal knowledge of the facts and information contained in this declaration and am competent to testify as to the matters stated herein.

2. I am the Chief Operations Officer of Sodecia Automotive Detroit Corp.

3. Sodecia Automotive Detroit Corp. is a corporation organized and existing under the laws of the State of Delaware.

4. Sodecia Automotive Detroit Corp.'s principal place of business is in Troy Michigan.



I hereby state under penalty of perjury that the statements above are true and correct.

Dated: May 8, 2018.

_____
ALEXANDRE VALE