FILED
2018 May-11 PM 03:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

| | |
|---|---|
| WHITESELL CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. _____ |
| ) | |
| SODECIA AUTOMOTIVE AUBURN ) | |
| LP; SODECIA AUTOMOTIVE ) | |
| DETROIT LP; and SODECIA ) | |
| AUTOMOTIVE NORTH AMERICA, ) | |
| INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF SHERYL MCGOWAN KOSINSKI

I, Sheryl McGowan Kosinski, hereby declare as follows:

1. My name is Sheryl McGowan Kosinski. I am over the age of 18 years and have personal knowledge of the facts and information contained in this declaration and am competent to testify as to the matters stated herein.

2. I am the Treasurer of Sodecia Automotive North America, Inc.

3. Sodecia Automotive North America, Inc. is a corporation organized and existing under the laws of the State of Delaware.

4. Sodecia Automotive North America, Inc.'s principal place of business is in Troy, Michigan.

2

I hereby state under penalty of perjury that the statements above are true and correct.

Dated: May 11, 2018.

_____
SHERYL MCGOWAN KOSINSKI